UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| Ubaldo Marin, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | 10-0653-CV-W-HFS |
| | ) | (Criminal No. 08-00270-02-CR-W-HFS) |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Respondent. | ) | |

   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   Decision by Court. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Movant's motion for sentencing relief is denied. A certificate of appealability will also be denied, leaving movant free to seek permission from the Court of Appeals.


September  3 , 2010                        ANN THOMPSON
                                              CLERK OF COURT


                                              /s/ Tina Duer
                                              by Tina Duer